THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN A. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>Defendant. | CASE NO. C13-0476-JCC<br><br>ORDER |

The Court, after consideration of the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the plaintiff's complaint, the parties' briefs, and the balance of the record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 22);
2. The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.
3. The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Donohue.

//
//
//

ORDER
PAGE - 1

1 | DATED this 18th day of October 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE